UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7

| | |
|---|---|
| TIME AFTER TIME MANUFACTURING<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>                              Defendant. | Court No. 23-00203<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 11-06-2023

/s/ Kayla Owens
_____
Attorney for Plaintiff
865 S. Figueroa Street, suite 1388
_____
Street Address
Los Angeles, CA 90017
_____
City, State and Zip Code
(213)630-8888
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 23-00203 | Time After Time Manufacturing | 1703-22-114580; 1703-22-114590; 1601-22-106344 | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 6, 2023

Clerk, U. S. Court of International Trade

By: s/giselle almonte
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)